IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| VERNON KING, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:10-CV-188 |
| STEVEN N. RICH, ET AL. | § | |

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Vernon King, Jr., a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. The sanctions imposed in this case do not impose upon a liberty interest because petitioner is not eligible for release on mandatory supervision. *Sandin v. Conner*, 515 U.S. 472, 483-84 (1995); *Arnold v. Cockrell*, 306 F.3d 277, 279 (5th Cir. 2002); *see also Ex parte Franks*,

71 S.W.3d 327 (Tex.Crim.App. 2001) (holding that "a life-sentenced inmate is not eligible for release to mandatory supervision").

**ORDER**

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **18** day of **May, 2010.**

_____
Ron Clark, United States District Judge